UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

MICHAEL MCWILLIAMS,

    Plaintiff,

vs.

TOWN OF RUMFORD, et al.,

    Defendants.

No. 2:22-cv-00402-JAW

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties hereby stipulate that the above-captioned action is hereby dismissed with prejudice and without attorney's fees, interest, or costs to any party.

Date: October 2, 2024

*/s/ Sally A. Morris*
Sally A. Morris, Esq.
Attorney for Plaintiff
6 City Center, Suite 300
Portland, ME 04101
(207) 558-6161 Ext 109
smorris@morrisemploymentlaw.com

Date: October 2, 2024

*/s/ John J. Wall, III*
John J. Wall, III, Esq.
Attorney for Defendants
Monaghan Leahy, LLP
2 Monument Sq., Suite 401, P.O. Box 7046
Portland, ME 04112-7046
(207) 774-3906
jwall@monaghanleahy.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the date indicated below, I electronically filed **Stipulation of Dismissal with Prejudice** using the CM/ECF system, which will provide notice to me and all other counsel of record.

    Dated at Portland, Maine this 2nd day of October, 2024.

                                                Attorneys for Defendants
                                                MONAGHAN LEAHY, LLP
                                                2 Monument Sq., Suite 401, P.O. Box 7046
                                                Portland, ME 04112-7046
                                                (207) 774-3906

                    BY:    /s/ John J. Wall, III
                                      John J. Wall, III